IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL J. LEVITAN and
PAMELA H. LEVITAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellants,

CASE NO. 1D12-2512

v.

UBS REAL ESTATE
SECURITIES, INC.,

      Appellee.

_____/

Opinion filed August 18, 2014.

An appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

Daniel J. Levitan, pro se, and Pamela H. Levitan, pro se, Appellants.

Michael K. Winston, Dean A. Morande, and Donna L. Eng of Carlton Fields Jorden Burt, P.A., West Palm Beach; Allison L. Kirkwood of Carlton Fields Jorden Burt, P.A., Tampa, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.

1